UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DAVID ROSE, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No.: 5:23-cv-00599-D-RJ |
| v. | ) ) |
| CSX TRANSPORTATION, INC., | ) ) |
| Defendant. | ) |

## ORDER STAYING SCHEDULING ORDER

THIS MATTER comes before the Court on the Parties' Joint Motion for Stay of Scheduling Order (Doc. 18), which was filed on August 8, 2024. The Court, having considered the motion and relevant law, and being otherwise fully informed, finds that the motion shall be granted to the extent that discovery in this case will be stayed pending resolution of Plaintiff's serious medical condition.

IT IS HEREBY ORDERED that discovery is stayed pending resolution of Plaintiff's medical condition.

IT IS FURTHER ORDERED that the Initial Scheduling Order (Doc. 14), along with all corresponding deadlines, is hereby vacated. *The parties SHALL provide an update every 90 days.*

Dated this __9__ day of __August__, 2024.

_____
James C. Dever, III
United States District Judge

Consented to and submitted by:

By: /s/ John D. Steel
John D. Steel, *Admitted Pro Hac Vice*
Georgia Bar No. 677646

By: /s/ Ethan W. Carpenter (by JDS w/exp. permission)
Ethan W. Carpenter, Esq.
North Carolina Bar No.: 56285

**JOHN STEEL LAW**
3495 Piedmont Road, NE
Building 11 - Suite 905
Atlanta, Georgia 30305
Tel: (404) 264-1292
jsteel@johnsteel-law.com

James R. Faucher
**BROWN, FAUCHER, PERALDO & BENSON, PLLC**
822 North Elm St., Suite 200 Greensboro, NC 27401
Tel: (336) 478-6000
james@greensborolawcenter.com

*Counsel for Plaintiff David Rose*

**MILLBERG GORDON STEWART PLLC** 1101 Haynes Street, Suite 104
Raleigh, North Carolina 27604
Tel: (919) 836-0090 ecarpenter@mgsattorneys.com

*Counsel for Defendant CSX Transportation, Inc.*

2